The People of the State of Illinois ex rel. Loretta Clark, appellee, v. Marcus Kays, appellant. Gen. No. 7,507.

Bastardy proceeding. Judgment of filiation. Appeal from the County Court of LaSalle county; the Hon. R. D. Mills, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded. Opinion filed March 29, 1926.

Lee O'Neil Browne and A. E. Butters, for appellant. Russell O. Hanson, State's Attorney, and Harold Butters, Assistant State's Attorney, for appellee; Arthur H. Shay, of counsel.

Mr. Justice Jett delivered the opinion of the court.

---

Bert W. Newton, administrator of the estate of George C. Newton, deceased, appellee, v. Illinois Oil Company, appellant. Gen. No. 7,523.

Action for death by wrongful act. Former judgment of reversal modified. Appeal from the Circuit Court of Rock Island county; the Hon. Nels A. Larson, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded. Opinion filed March 29, 1926.

R. W. Olmstead, for appellant. J. Clinton Searle and Marshall & Marshall, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

Otto J. Guelda, plaintiff in error, v. Charles Rockabrand, defendant in error. Gen. No. 7,533.

Action of trespass for assault upon the person. Judgment for defendant. Error to the Circuit Court of LaSalle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded. Opinion filed March 29, 1926.

Lee O'Neil Browne and Butters & Butters, for plaintiff in error. Kelly, Kelly & Kelly, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Abe Berman, plaintiff in error. Gen. No. 7,540.

Conviction of violation of Prohibition Law. Error to the County Court of Boone county; the Hon. Richard V. Carpenter, Judge, presiding. Heard in this court at the October term, 1925. Reversed. Opinion filed March 29, 1926.

Fisher, North, Linscott & Gibboney, for plaintiff in error. F. A. Oakley, State's Attorney, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.

---

Carl Blomgren and Elmer Reiling, trading as Moline Oakland Company, appellants, v. Andrew Stotmeister, appellee. Gen. No. 7,562.

Replevin. Judgment for defendant. Appeal from the Circuit Court of Rock Island county; the Hon. Nels A. Larson, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed March 29, 1926. Rehearing denied August 5, 1926.

Andrew Olson, for appellants. Stewart & Klingbiel and S. E. & George D. Long, for appellee.

Mr. Justice Jett delivered the opinion of the court.